United States District Court

Eastern District of California

| | |
|---|---|
| Jerry Montano, Jr., | No. Civ. S 05-2097 FCD PAN P |
|     Petitioner, | Order |
|   vs. | |
| James A. Yates, et al., | |
|     Respondents. | |

-oOo-

    Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Petitioner challenges a conviction in the Santa Clara County Superior Court. This court and the United States District Court in the district where petitioner was convicted both have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), but witnesses and evidence that may be necessary to resolve petitioner's application are more readily available in Santa Clara County. Id. at 499 n. 15; 28 U.S.C. § 2241(d).

1  Accordingly, in the furtherance of justice, I hereby order
2 this matter be transferred to the United States District Court
3 for the Northern District of California.
4  Dated: November 22, 2005.

           /s/ Peter A. Nowinski
           PETER A. NOWINSKI
           Magistrate Judge